AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CHRISTIAN ARROYO, Plaintiff,

V.

Z FORCE TRANSPORTATION, INC.,
Defendant.

CASE NUMBER: 08CV2689   EDA

ASSIGNED JUDGE: JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE MASON

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Z FORCE TRANSPORTATION, INC.
c/o David Roy Zenere, Registered Agent
700 E. Joe Orr Road
Chicago Heights, IL 60411

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Esperanza Arnold*
(By) DEPUTY CLERK

May 9, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                Date                                   Signature of Server

                                              _____
                                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Christian Arroyo

vs.

Z. Force Transportation, Inc.

Case Number   08 CV 2689

## AFFIDAVIT OF SERVICE

I, Tommie Levy, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 14 day of May, 2008, at 10:00 AM at 700 E. Joe Orr Rd., Chicago Heights, IL 60411, did serve the following document(s):

**Summons and Complaint**

Upon: **Z Force Transportation, Inc. c/o David Roy Zenere, Registered Agent**

By: ☑ Personally serving to:   David Roy Zenere, Registered Agent

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 700 E. Joe Orr Rd., Chicago Heights, IL 60411 on

| Description: | Sex | Male | Race | White | Approximate Age | 56 |
|---|---|---|---|---|---|---|
| | Height | 6'2 | Weight | 220 | Hair Color | Brown |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

Tommie Levy
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101