Generated by Foxit PDF Creator © Foxit Software
http://www.foxitsoftware.com   For evaluation only.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN ARROYO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 08 CV 2689 |
| ) | |
| Z FORCE TRANSPORTATION, INC., ) | Judge Samuel Der-Yeghiayan |
| ) | |
| Defendant. ) | Magistrate Judge Mason |
| ) | |

**MOTION FOR EXTENSION OF TIME
TO FILE ANSWER OR OTHERWISE PLEAD**

NOW COMES the Defendant, Z FORCE TRANSPORTATION, INC., by and through its attorneys, NIELSEN, ZEHE & ANTAS, P.C., and moves this Honorable Court for an extension of time to answer or otherwise plead to the Plaintiffs' Complaint at Law until **June 20, 2008**.

1. Defendant was served with Summons and Complaint in the above-captioned matter on May 14, 2008 and responsive pleadings would be due June 3, 2008.

2. Defendant's counsel will need additional time to conduct an investigation necessary to file good faith pleadings in response to the Plaintiff's Complaint.

3. Based upon the above, Defendant's counsel requests an additional seventeen (17) days to and including June 20, 2008, to answer or otherwise plead.

4. Plaintiff's counsel has been advised of the instant motion and has no objection to the Court allowing the relief requested.

Generated by Foxit PDF Creator © Foxit Software
http://www.foxitsoftware.com   For evaluation only.

WHEREFORE, the Defendant prays that this Honorable Court enter an Order granting the moving Defendant leave to answer or otherwise plead to Plaintiff's Complaint within an additional seventeen (17) days, up to an including June 20, 2008.

s/Joanne M. Rogers
Jeffrey R. Zehe, ARDC #3125616
Joanne M. Rogers, ARDC #6202284
Attorneys for Defendant
NIELSEN, ZEHE & ANTAS, P.C.
55 W. Monroe Street, Suite 1800
Chicago, Illinois 60603
Telephone:   312-322-9900
Facsimile:   312-322.9977
Emails: jzehe@nzalaw.com
             jrogers@nzalaw.com