**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTIAN ARROYO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 08 CV 2689 |
| | ) | |
| Z FORCE TRANSPORTATION, INC., | ) | |
| | ) | Judge Samuel Der-Yeghiayan |
| Defendant. | ) | |
| | ) | Magistrate Judge Mason |
| | ) | |

**NOTICE OF MOTION**

TO:   Lisa R. Kane / lisakane@sbcglobal.net
        LISA KANE & ASSOCIATES, P.C.

**PLEASE TAKE NOTICE** that on the 5th day of June, 2008 at 9:00 a.m., we shall appear before the Honorable Judge Samuel Der-Yeghiayan presiding in Room 1903 at the U.S. District Court, 219 South Dearborn Street, Chicago, Illinois, and present ***DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD***.

                                                                  s/Joanne M. Rogers_____
                                                                  Jeffrey R. Zehe, ARDC #3125616
                                                                  Joanne M. Rogers, ARDC #6202284
                                                                  Attorneys for Defendant
                                                                  NIELSEN, ZEHE & ANTAS, P.C.
                                                                  55 W. Monroe Street, Suite 1800
                                                                  Chicago, Illinois 60603
                                                                  Telephone:    312-322-9900
                                                                  Facsimile:    312-322.9977
                                                                  Emails:    jzehe@nzalaw.com
                                                                                jrogers@nzalaw.com

**CERTIFICATE OF SERVICE**

I hereby certified that on this 30th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record listed above.

                                                                  **s/Joanne M. Rogers_____**