IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CHRISTIAN ARROYO**,<br><br>                    **Plaintiff**,<br>v.<br><br><br><br>**Z FORCE TRANSPORTATION, INC.**,<br>                    **Defendant.** | **No: 08 CV 2689**<br><br>**Hon. Judge Der-Yeghiayan**<br>  **Judge Presiding**<br><br>**Magistrate Judge Mason**<br><br>**Jury Trial Requested** |

## NOTICE OF FILING

TO:    Jeffrey R. Zehe, Esquire; Joanne Marie Rogers, Esquire
       Nielsen, Zehe & Antas, P.C.
       55 W. Monroe Street, Suite 1800
       Chicago, Illinois 60603

   PLEASE TAKE NOTICE that on *Monday,* **June 2, 2008,** Plaintiff filed electronically with the Clerk of the United States District Court for the Northern District, Eastern Division at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, the following: Plaintiff's First Amended Complaint.

                                        By s/Lisa Kane
                                        Lisa Kane, Attorney for Plaintiffs

## PROOF OF SERVICE

   I, Lisa Kane, certify that I caused to be served this Notice of Filing and the above-mentioned accompanying documents upon those persons to whom said Notice is directed pursuant to ECF by 5:00 P.M. on Monday, June 2, 2008.

                                        s/Lisa Kane
                                        Lisa Kane, Attorney for Plaintiffs

LISA KANE & ASSOCIATES, P.C.
Attorneys for Plaintiffs
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney Code No. 06203093