# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Christian Arroyo
                Plaintiff,

v.                           Case No.: 1:08–cv–02689
                                    Honorable Samuel Der–Yeghiayan

Z Force Transportation, Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

      MINUTE entry before the Honorable Samuel Der–Yeghiayan: Defendant Z Force Transportation, Inc. for extension of time to file answer or otherwise plead [14] is granted to and including 06/20/08. Status hearing reset to 06/24/08 at 9:00 a.m. Status hearing set for 07/23/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.