IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

CHRISTIAN ARROYO,

                    NO.  08 C 2689

    Plaintiff,

                    Hon. Samuel

v.                   Der-Yeghiayan

                    Judge Presiding

Z FORCE TRANSPORTATION,    Magistrate Judge Mason

    INC., Defendant.

**JOINT INITIAL STATUS REPORT**

NOW COME the Plaintiff, CHRISTIANARROYO, byhisattorney, LISA KANE  of LISA

KANE & ASSOCIATES, P.C., and Defendant, Z FORCE TRANSPORTATION, INC., by

JOANNE MARIE ROGERS of NIELSEN, ZEHE & ANTAS, P.C., and submit the following Status

Report:

A.  Attorneys of Record:

    For Plaintiff:  Lisa Kane, JaniceA. Wegner, Darren A. Bodner, Michael S. Young, and Tyler

    Manic.

    For Defendant: Jeffrey R. Zehe and Joanne Marie Rogers.

B.    Basis of federal jurisdiction:

    This action is brought pursuant to Title VII of the Civil Rights Act of 1964, as amended,

    <u>42 U.S.C. §§ 2000e et seq., and 42 U</u>.S. C. § 1981. Jurisdiction of this Court is invoked

    pursuant to 28 U.S.C. §1343(a)(3) and (4) and 28 U.S.C. § 1331.  Declaratory relief is sought

under 28 U.S.C. §§ 2201 and 2202.

C.     Nature of claims and counterclaims:

Plaintiff alleges that he was subjected to retaliation for his opposition to and reporting of Defendant's harassment, discrimination and retaliation toward employees of Hispanic national origin relative to their employment with Defendant. Defendant denies the allegations of the Plaintiff. Defendant asserts that Plaintiff's termination was based solely on Plaintiff's chronic tardiness and attendance issues.

D.     Relief sought by plaintiff:

Injunctive relief; declaratory relief; actual; lost, foregone and future wages; consequential damages; compensatory damages; and punitive damages; attorney's fees and costs.

E.     Name of any party not yet served: None.

F.     Principal legal issues:

1. Whether the Plaintiff can establish the prima facie elements of his causes of action of Title VII and § 1981 retaliation.

2. Whether Plaintiff engaged in any protected activity.

3. Whether theDefendant has articulated legitimatenon-discriminatory reasons for its treatment of plaintiff.

4. Whether Plaintiff has shown that Defendant's articulated non-discriminatory reason(s) was/were pretextual.

5. Whether Plaintiff has mitigated his damages.

G.  Principal factual issues:

1.  Whether Plaintiff was subjected to retaliation for reporting of and opposition to race and national origin discrimination.

2.  Whether Plaintiff was subjected to discrimination on the basis of his race and/or national origin.

3.  Whether Plaintiff complained regardingtheracial discrimination and national origin discrimination.

4.  Whether Plaintiff has incurred damages as a result of the alleged wrongful conduct on the part of Defendant.

H.  List of pending motions and brief summary of bases for motions: Plaintiff will be filing a Motion to Consolidate this matter with an earlier filed matter pending before the Honorable Milton I. Shadur entitled <u>Raul Arroyo, Sr., et al. vs. Z Force Transportation, Inc., Case No</u>. 08 C 1252.

I.  Description of discovery requested and exchanged: Written discovery will be propounded once Defendant's responsive pleading to Plaintiff's Complaint has been filed as ordered on June 20, 2008.

J.  Type of discovery needed:

The parties will require depositions of Plaintiff and an anticipated approximate number of eight (8) to ten (10) present and/or former employees of Defendant. However, once Rule 26(a)(1) Disclosures are exchanged, counsel for the parties will know of any additional depositions that may be necessary.

K.     Agreed dates for:

        Rule 26(a)(1) Disclosures -    June 27, 2008

        Fact Discovery Completion -  September 30, 2008

        Expert DiscoveryCompletion: The parties do not anticipate expert discoveryin this matter.

        Dispositive Motion Deadline:     October 21, 2008

        Filing of Final Pretrial Order:     Thirty (30) days prior to trial.

L.     Estimated trial ready date:     _____

M.    Probable length of trial: Three (3) to four (4) days.

N.     Request for jury trial: Plaintiff has requested a trial by jury on his claims.

O.     Status of Settlement discussions: There have been no settlement discussions.

P.     Consent to proceed before a Magistrate Judge:

        The parties DO NOT unanimously consent to reassignment to Magistrate for trial.

Dated: June 19, 2008

| CHRISTIAN ARROYO, | Z FORCE TRANSPORTATION, INC., |
|---|---|
| /s/Lisa Kane | /s/ Joanne Marie Rogers |
| By: LISA KANE | By: JOANNE MARIE ROGERS |
| LISA KANE AND ASSOCIATES | NIELSEN, ZEHE & ANTAS, P.C. |
| ATTORNEYS FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
| 120 SOUTH LA SALLE STREET | 55 WEST MONROE STREET |
| SUITE 1420 | CHICAGO, ILLINOIS 60603 |
| CHICAGO, ILLINOIS 60603 | (312) 322-9900 |
| (312) 606-0383 | ATTORNEY CODE NO. 6202284 |
| ATTORNEY CODE NO. 06203093 | |