IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN ARROYO, | |
| Plaintiff, | NO. 08 C 2689 |
| v. | Hon. Samuel Der-Yeghiayan </br> Judge Presiding |
| Z FORCE TRANSPORTATION, INC., | Magistrate Judge Mason |
| Defendant. | |

### JOINT JURISDICTIONAL STATUS REPORT

NOW COME the Plaintiff, CHRISTIAN ARROYO, by his attorney, LISA KANE of LISA KANE & ASSOCIATES, P.C., and Defendant, Z FORCE TRANSPORTATION, INC., by JOANNE MARIE ROGERS of NIELSEN, ZEHE & ANTAS, P.C., and submit the following Joint Jurisdictional Status Report:

I.  Subject Matter Jurisdiction:

This action is brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e et seq., and 42 U.S.C. § 1981. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1343(a)(3) and (4) and 28 U.S.C. § 1331. Declaratory relief is sought under 28 U.S.C. §§ 2201 and 2202.

II.  Venue (Plaintiff's Position)

Plaintiff resides in Lynwood (Cook County), Illinois. Plaintiff was employed by Defendant at its location in Chicago Heights (Cook County), Illinois.

Venue is proper under 28 U.S.C. §§ 1391(b)(1) and (2).

| CHRISTIAN ARROYO, | Z FORCE TRANSPORTATION, INC., |
|---|---|
| /s/ Lisa Kane | /s/ Joanne Marie Rogers |
| By: LISA KANE<br>LISA KANE AND ASSOCIATES<br>ATTORNEYS FOR PLAINTIFF<br>120 SOUTH LA SALLE STREET<br>SUITE 1420<br>CHICAGO, ILLINOIS 60603<br>(312) 606-0383<br>ATTORNEY CODE NO. 06203093 | By: JOANNE MARIE ROGERS<br>NIELSEN, ZEHE & ANTAS, P.C.<br>ATTORNEY FOR DEFENDANT<br>55 WEST MONROE STREET<br>CHICAGO, ILLINOIS 60603<br>(312) 322-9900<br>ATTORNEY CODE NO. 6202284 |