**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTIAN ARROYO, | ) | |
| | ) | Case No.: 08 CV 2689 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Samuel Der-Yeghiayan |
| | ) | |
| Z FORCE TRANSPORTATION, INC., | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | **Jury Trial Demanded** |

**NOTICE OF FILING**

TO:   Lisa R. Kane / lisakane@sbcglobal.net
         LISA KANE & ASSOCIATES, P.C.

**PLEASE TAKE NOTICE** that on this 20th day of June, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, *DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT and VERIFICATION*, copies of which are attached hereto and served upon you.

                                                                   s/Joanne M. Rogers_____
                                                                   Jeffrey R. Zehe, ARDC 3125616
                                                                   Joanne M. Rogers, ARDC #6202284
                                                                   Attorneys for Defendant
                                                                   NIELSEN, ZEHE & ANTAS, P.C.
                                                                   55 W. Monroe Street, Suite 1800
                                                                   Chicago, Illinois 60603
                                                                   Telephone:   312-322-9900
                                                                   Facsimile:   312-322.9977
                                                                   Emails:      jzehe@nzalaw.com
                                                                                      jrogers@nzalaw.com

**CERTIFICATE OF SERVICE**

   I hereby certified that on this 20th day of June, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record listed above.

                                                                   s/Joanne M. Rogers_____