UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Christian Arroyo
                     Plaintiff,

v.                                          Case No.: 1:08−cv−02689
                                              Honorable Samuel Der−Yeghiayan

Z Force Transportation, Inc.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Status hearing held and continued to 12/11/08 at 9:00 a.m. All discovery shall be noticed in time to be completed by 09/30/08. Dispositive motions are to be filed by 10/21/08. Responses to the dispositive motions, if any, are to be filed by 11/05/08 and replies, if any, are to be filed by 11/12/08. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.